**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

Jose L. Quinones
Margarita Quinones

Case No.: 06 B 03530

Chapter: 13

Debtor(s)   Judge Jacqueline P. Cox

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 200 South Michigan Suite 1300, Chicago, IL 60604
Jose L. Quinones, Margarita Quinones, Debtor(s), 4924 N. Hamilton Avenue, Chicago, IL 60625
Timothy K Liou, Attorney for Debtor(s), 575 West Madison Ste 361, Chicago, IL 60661

   You are hereby notified that WELLS FARGO BANK, N.A., AS TRUSTE FOR OPTION ONE MORTGAGE LOAN TRUST 2000-A ASSET-BACKED CERTIFICATES, SERIES 2000-A has made post-petition advances of $150.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage. Debtor also remains due for any post-petition mortgage payments not yet made.

   Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 10/05/2007, WELLS FARGO BANK, N.A., AS TRUSTE FOR OPTION ONE MORTGAGE LOAN TRUST 2000-A ASSET-BACKED CERTIFICATES, SERIES 2000-A's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

   The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on September 5, 2007.

   /s/ Jose Moreno
   Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-05-9537)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.