```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 03530
   JOSE L QUINONES
   MARGARITA QUINONES                           CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6587    SSN XXX-XX-9350

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 04/04/2006 and was confirmed 07/03/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/09/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
----------------------------------------------------------------------
OPTION ONE MORTGAGE       CURRENT MORTG    25014.57           .00       25014.57
OPTION ONE MORTGAGE       MORTGAGE ARRE    16596.95           .00       16596.95
NUVELL CREDIT CO LLC      SECURED VEHIC    11755.67        971.96       11755.67
OPTION ONE MORTGAGE       NOTICE ONLY    NOT FILED           .00            .00
SEARS CHARGE PLUS         UNSEC W/INTER  NOT FILED           .00            .00
NUVELL CREDIT CO LLC      UNSEC W/INTER  NOT FILED           .00            .00
NCO FINANCIAL             UNSEC W/INTER      235.85         17.93         235.85
TIMOTHY K LIOU            DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                       3,100.51
DEBTOR REFUND             REFUND                                            3.90

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             57,697.34

PRIORITY                                         .00
SECURED                                    53,367.19
   INTEREST                                   971.96
UNSECURED                                     235.85
   INTEREST                                    17.93
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                        3,100.51
DEBTOR REFUND                                   3.90
                    ---------------       ---------------
TOTALS              57,697.34              57,697.34
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 03530 JOSE L QUINONES & MARGARITA QUINONES

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE